AMERICANA ASSOCIATES v. BOROUGH OF FORT LEE.

Dec. 10, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. NICHOLAS F. MITAROTONDA.

Dec. 10, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. HOWARD GREEN.

Dec. 10, 1979.   Petition for certification denied.   (See 170 *N.J.Super.* 292)

STATE OF NEW JERSEY v. EMANUEL MONTALBANO.

Dec. 10, 1979.   Petition for certification denied.

LOUIS I. BLAINE v. NATIONAL TANK FABRICATORS, INC.

Dec. 10, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE LEE WHITE.

Dec. 10, 1979.   Petition for certification denied.